IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRAD ALAN MORSE                                                                                    PLAINTIFF

v.                                       No. 2:16-CV-02285

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                                                 DEFENDANT

## O R D E R

The Court has received a report and recommendation (Doc. 14) from United States Magistrate Judge Erin L. Wiedemann. Plaintiff has filed objections (Doc. 15). The Magistrate recommends that the Court affirm the decision of the Social Security Administration Administrative Law Judge and dismiss this case with prejudice. The Court has reviewed the report and recommendation de novo where Plaintiff has objected. 28 U.S.C. § 636(b)(1). The objections offer no reason to depart from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is AFFIRMED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of November, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

--